IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GERALD SMART, JR.,<br><br>               Plaintiff<br><br>   VS.<br><br>CAPTAIN A. STOKES,<br><br>               Defendant | NO.  5: 06-CV-36 (CAR)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE** |

## RECOMMENDATION OF DISMISSAL

On September 5, 2006, the defendant CAPTAIN A. STOKES submitted a **MOTION FOR ORDER TO SHOW CAUSE** as to why the above-styled case should not be dismissed for the plaintiff's failure to prosecute his action.  Tab #10.  The following day, the undersigned issued an order directing plaintiff GERALD SMART, JR. to respond to the defendant's motion, in which the plaintiff was advised that failure to respond to the order by September 29, 2006 would result in a recommendation of dismissal.

The plaintiff has failed to respond within the time allotted in this court's September 6th order, and, in fact, that order was returned to the court as undeliverable on September 18th. Accordingly, IT IS RECOMMENDED that the case be DISMISSED for failure to prosecute. Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO RECOMMENDED, this 2nd day of OCTOBER, 2006.[1]



                                               CLAUDE W. HICKS, JR.
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] Despite the court's threat of dismissal *with* prejudice made in the court's order of September 6, 2006, the undersigned recommends dismissal of this proceeding *without* prejudice, finding that dismissal with prejudice would be too harsh a penalty under the circumstances.