IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| GERALD SMART, JR., | : | |
| Plaintiff, | : | |
| vs. | : | 5:06-CV-36(CAR) |
| CAPTAIN A. STOKES, | : | |
| Defendant. | : | |

## *ORDER ON UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc 16] that this case be dismissed for failure to prosecute. No objection to the Recommendation has been filed. Having considered the matter, the Court agrees with the Recommendation that this case be dismissed *without* prejudice. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 4th day of December, 2006.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

SSH